# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150936(44)(46)(51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 150936
COA: 317206
Kent CC: 12-009542-FH

CHRISTOPHER LEE JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 12, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to add issue and motion for bond pending appeal are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

d1116